# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1569. LINKED PEOPLE, INC. v. HIRE DYNAMICS, LLC.**

Linked People, Inc. ("Linked People") sued Hire Dynamics, LLC ("Hire Dynamics"), which filed a counterclaim. Hire Dynamics then filed a motion for judgment on the pleadings on the counterclaim and a motion to dismiss Linked People's complaint. Linked People subsequently filed an amended complaint, asserting an additional cause of action. The trial court entered an order on September 4, 2019, granting Hire Dynamics's motion to dismiss the original complaint but leaving the additional cause of action pending. In a separate order on the same date, the trial court granted Hire Dynamics's motion for judgment on the pleadings as to its counterclaim but reserved the issue of damages for a later hearing. Linked People filed this direct appeal of both orders. We, however, lack jurisdiction because the case remains pending below.

The trial court's orders expressly did not rule on the additional cause of action asserted in the amended complaint or damages owed to Hire Dynamics as a result of its successful counterclaim. Consequently, Linked People was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's orders. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Linked People's failure to do

so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Church v. Bell*, 213 Ga. App. 44, 45 (443 SE2d 677) (1994).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __07/20/2020__
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*